| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Carmela Pagay<br>Levene Neale Bender et al<br>10250 Constellation Bl Ste1700<br>Los Angeles, CA 90067<br><br>310–229–1234<br><br><br><br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES** ||
|---|---|
| In re:<br><br><br>New West TC, LLC<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:17–bk–20201–WB<br><br>CHAPTER: 7<br><br><br><br>ADVERSARY NUMBER: 2:19–ap–01273–WB |
| Timothy J. Yoo<br><br><br>                                    Plaintiff(s)<br>                    Versus<br><br>Pierluigi Biasiolo<br><br>**(See Attachment A for names of additional defendants)**<br>                                    Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is **09/16/2019.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
    **Date:**                    **October 15, 2019**
    **Time:**                  **02:00 PM**
    **Hearing Judge:**    **Julia W. Brand**
    **Location:**          **255 E Temple St., Crtrm 1375, Los Angeles, CA 90012**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                              Page 1                      **F 7004–1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                      **KATHLEEN J. CAMPBELL**
                      **CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>August 16, 2019</u>

                    By: <u>  "s/" William C. Kaaumoana Jr.  </u>

                      Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016        Page 2       **F 7004–1.SUMMONS.ADV.PROC**

Case 2:19-ap-01273-WB    Doc 2    Filed 08/16/19    Entered 08/16/19 15:46:13    Desc
AP-Summons    Page 3 of 4

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Timothy J. Yoo | Pierluigi Biasiolo<br>Renergy Alliance Corp., a California corporation<br>St. Joseph Investments, Inc., a California corporation<br>St. Joseph Investments, Inc., Defined Benefit Plan<br>Civitas, Incorporated, a California corporation<br>Progressive Estates, LLC<br>Alessandra Pisani<br>James M. Donovan dba Law Offices of James M. Donovan<br>DOES 1 through 10, inclusive |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing documents entitled:

1. **Summons and Notice of Status Conference in Adversary Proceeding; and**

2. **Complaint To Avoid and Recover Fraudulent Transfers, and To Preserve Avoided and Recovered Transfers For Benefit of The Bankruptcy Estate**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *August 21, 2019*, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**N/A**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On *August 21, 2019*, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) *August 21, 2019*, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 21, 2019 | John Berwick | /s/ John Berwick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:

| | | |
|---|---|---|
| PIERLUIGI BIASIOLO<br>10720 Ohio Avenue<br>Apartment 2<br>Los Angeles, CA 90024 | PIERLUIGI BIASIOLO<br>Agent for Service of Process<br>Alessandra Pisani<br>390 Hauser Boulevard, Suite ML<br>Los Angeles, CA 90036 | RENERGY ALLIANCE CORP.,<br>a California corporation<br>10720 Ohio Avenue<br>Apartment 2<br>Los Angeles, CA 90024 |
| RENERGY ALLIANCE CORP.,<br>a California corporation<br>Agent for Service of Process<br>PIERLUIGI BIASIOLO<br>10720 Ohio Avenue<br>Apartment 2<br>Los Angeles, CA 90024 | ST. JOSEPH INVESTMENTS, INC.,<br>a California corporation<br>Agent for Service of Process<br>Alessandra Pisani<br>390 Hauser Boulevard, Suite ML<br>Los Angeles, CA 90036 | ST. JOSEPH INVESTMENTS, INC.,<br>Defined Benefit Plan<br>Agent for Service of Process<br>Alessandra Pisani<br>390 Hauser Boulevard, Suite ML<br>Los Angeles, CA 90036 |
| CIVITAS, INCORPORATED,<br>a California Corporation<br>320 North Palm Drive, Suite 201<br>Beverly Hills, CA 90210 | CIVITAS, INCORPORATED,<br>a California Corporation<br>Agent for Service of Process<br>Alessandra Pisani<br>390 Hauser Boulevard, Suite ML<br>Los Angeles, CA 90036 | PROGRESSIVE ESTATES, LLC<br>Agent for Service of Process<br>Alessandra Pisani<br>390 Hauser Boulevard, Suite ML<br>Los Angeles, CA 90036 |
| ALESSANDRA PISANI<br>390 Hauser Boulevard, Suite ML<br>Los Angeles, CA 90036 | JAMES M. DONOVAN<br>DBA LAW OFFICES OF JAMES M. DONOVAN<br>915 Wilshire Blvd., Ste. 1610<br>Los Angeles, California 90017 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**